AO 245H (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Sayla
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
JENNIFER WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense) - Short Form
CASE NUMBER: DVAW709PO000021-001
CASE NUMBER:
USM NUMBER:

Waived
Defendant's Attorney

**THE DEFENDANT:**

☑ THE DEFENDANT pleaded guilty to count(s) ONE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 261.58bb | Drunk in Public | 6/28/09 | 1 |

☐ Count(s) _____

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 90.00 | $ 25.00 |

Defendant has six (6) months to pay.

Defendant's Soc. Sec. No.: 8051
Defendant's Date of Birth: 1964

Defendant's Residence Address:
Roanoke, VA

Defendant's Mailing Address:
Roanoke, VA

August 20, 2009
Date of Imposition of Judgment

/s/ signature
Signature of Judge

Michael F. Urbanski, United States Magistrate Judge
Name and Title of Judge

8-20-09
Date